1  KAREN P. HEWITT
   United States Attorney
2  PAUL S. COOK
   Assistant U.S. Attorney
3  California State Bar No. 79010
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619)557-5687/(619)235-2757(Fax)
   Email: paul.cook@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 08cr0453-JLS
                                     )
11                      Plaintiff, )
                                     )    NOTICE OF APPEARANCE
12            v.                     )
                                     )
13  MANUEL SALINAS-VAZQUEZ,          )
                                     )
14                      Defendant. )
    _____ )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead

18  counsel in the above-captioned case.   I certify that I am

19  admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21       The following government attorneys (who are admitted to

22  practice in this court or authorized to practice under CivLR

23  83.3.c.3-4) are also associated with this case, should be listed

24  as lead counsel for CM/ECF purposes, and should receive all

25  Notices of Electronic Filings relating to activity in this case:

26       Name - "None"

27

28

1        Effective this date, <u>the following attorneys are no longer</u>

2    <u>associated with this case</u> and should <u>not</u> receive any further

3    Notices of Electronic Filings relating to activity in this case

4    (if the generic "U.S. Attorney CR" is still listed as active in

5    this case in CM/ECF, please terminate this association):

6        Please call me if you have any questions about this notice.

7        DATED: April 24, 2008.

8
                           Respectfully submitted,
9
                           KAREN P. HEWITT
10                              United States Attorney

11
                           <u>s/Paul S. Cook</u>
12                              PAUL S. COOK
                                Assistant United States Attorney
13                              Attorney for Plaintiff
                                United States of America
14                              Email: paul.cook@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0453-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MANUEL SALINAS-VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Charles Adair
adair.c@sbcglobal.net

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008.

s/Paul S. Cook
PAUL S. COOK

3